UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   Chapter 7
In Re:

                                                         Case #: **1-20-41127-nhl**

Almando Sean Izquierdo

                                                         **NOTICE OF APPEARANCE**

              Debtor

-------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court, and hereby appears as Counsel of record for Creditor **RONFAYZI INC**. in this proceeding and demand that you serve all papers in this proceeding upon the undersigned at the office address stated herein.

Dated: Kew Gardens, New York
        March 2, 2020

/s/ Btzalel Hirschhorn, Esq.
**Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP**
*Counsel for Creditor Ronfayzi, Inc.*
80-02 Kew Gardens Road, Suite 600
Kew Gardens, NY 11415
718-263-6800
bhirschhorn@sbagk.com

TO:
**Almando Sean Izquierdo**
177-26 Ursina Road
St Albans, NY 11434
*Debtor Pro Se*

**Lori Lapin Jones, Esq.**
Lori Lapin Jones PLLC
98 Cutter Mill Road, Suite 201 North
Great Neck, NY 11021
*Chapter 7 Trustee*

**Office of the United States Trustee**
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014